## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                    Plaintiff,

v.                                                     Case No.:
                                                       1:08−cv−02209

                                                       Honorable Samuel
                                                       Der−Yeghiayan

Hyland A. Nolan Plastering Co.

                                    Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

        MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Initial status
hearing set for 06/17/08 at 9:00 a.m. At least four working days before the initial status
hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial
Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional
Status Report and deliver courtesy copies to this Court's chambers. The Court's standing
orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained
from Judge Der−Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel
for the Plaintiff is warned that failure to serve summons and complaint on Defendant will
result in a dismissal of the action pursuant to FRCP 4. Counsel for Plaintiff is further
directed to file with the Clerk of Court, the appropriate return of service and/or waiver of
service. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.