IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>            Plaintiffs,<br><br>v.<br><br>HYLAND A. NOLAN PLASTERING CO.<br><br>            Defendant. | CASE NO. 08-CV-2209<br><br>JUDGE DER-YEGHIAYAN |

## NOTICE OF VOLUNTARY DISMISSAL

To:    HYLAND A. NOLAN PLASTERING CO.
         c/o Kenneth H. Denberg, registered agent
         222 N. LaSalle Street
         Chicago, IL 60601

      PLEASE TAKE NOTICE that on June 5, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiffs hereby voluntarily dismiss this action with prejudice.

                                              Respectfully submitted,

                                              /s/ David P. Lichtman
                                              Attorney for Plaintiffs

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL 60601
T.(312) 25109700
F.(312) 251-9701

## **CERTIFICATE OF SERVICE**

     I, David P. Lichtman, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on June 5, 2008.

                                               /s/ David P. Lichtman

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
T.(312) 25109700
F.(312) 251-9701